UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETH SPAULDING | ) |
| | ) Case Number: 1:cv-10-2145 |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| NORTHSTAR LOCATION | ) |
| SERVICES, LLC | ) |
| Defendant | ) |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Beth Spaulding, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Attorney I.D. #92344
Warren & Vullings, LLP
93 Old York Road
Jenkintown, PA  19046
215-745-9800